**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 17-6798**

PRIEST MOMOLU V.S. SIRLEAF, JR.,

          Petitioner - Appellant,

      v.

EDDIE PEARSON, Warden; COMMONWEALTH OF VIRGINIA,

          Respondents - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  M. Hannah Lauck, District Judge.  (3:17-cv-00250-MHL-RCY)

Submitted:  November 9, 2017          Decided:  November 28, 2017

Before GREGORY, Chief Judge, and NIEMEYER and SHEDD, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Momolu V.S. Sirleaf, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Priest Momolu V.S. Sirleaf, Jr., seeks to appeal the district court's order dismissing his 28 U.S.C. § 2241 (2012) petition without prejudice for his failure to comply with the magistrate judge's directives. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2012), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2012); Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46 (1949). The order that Sirleaf seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we deny leave to proceed in forma pauperis, deny the motion for abatement, and dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*